**Fred BRENEMAN, Appellant, v. The STATE of Texas, Appellee.**

**No. 20521.**

Court of Criminal Appeals of Texas.

June 21, 1939.

Bruce & Bruce, of Orange, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Appellant was convicted for driving an automobile upon a public highway in Orange County while intoxicated, his punishment being assessed at one year in the penitentiary.

He has filed an affidavit advising this court that he does not desire to further prosecute his appeal, and the same is ordered dismissed.

**BIGFOOT INDEPENDENT SCHOOL DISTRICT, Plaintiff in Error, v. D. E. GENARD et al., Defendants in Error.**

**No. 2246—7453.**

Commission of Appeals of Texas, Section A.

June 14, 1939.

Affirming judgment 116 S.W.2d 804.

Walter Stout, of San Antonio, for plaintiff in error.

O. M. Fitzhugh and A. S. West, both of San Antonio, and H. D. Barrow, of Jourdanton, for defendants in error.

HICKMAN, Commissioner.

After a careful consideration of the record and the briefs of the parties we have concluded that this case is ruled by the case of Pyote Independent School District v. Dyer, Tex.Com.App., 34 S.W.2d 578. The opinion of the Court of Civil Appeals herein, prepared by Chief Justice Smith and reported in 116 S.W.2d 804, makes an accurate and concise statement of the questions presented and applies the law as an-